United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SOCIAL APPS, LLC,

        Plaintiff,

v.

ZYNGA, INC., et al.

        Defendants.

Case No.: 11-cv-4910-YGR

**ORDER SETTING CASE
MANAGEMENT CONFERENCE**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

      Pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management Conference shall be held in this case on Monday, March 19, 2012, at 2:00 p.m., at the United States District Court for the Northern District of California, Ronald V. Dellums Federal Building, Oakland.  In light to the recent filing of a joint case management statement, the parties are directed to file a supplemental joint statement in advance of the case management conference addressing the following:

      1.  a joint discovery plan

      2.  proposed dates for trial and completion of ADR.

The parties need not address the additional items in the CAND Standing Order at this time.  The Court notes that the stipulation submitted by the parties regarding ADR is not sufficient because it does not confirm a deadline by which ADR will be completed.

      As set forth in the Court's Standing Order in Civil Cases, these conferences are intended to be substantive and productive.  Accordingly, each party shall be represented at the Case Management

1   Conference by counsel with authority to enter into stipulations and make admissions pursuant to Fed.

2   R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters referred to the CAND

3   CMC Order and Civil L.R. 16-10(b).  Failure to do so shall be considered grounds for sanctions.

4   Oakland, California

5        IT IS SO ORDERED.

6   January 30, 2012

7

8   _____
         **YVONNE GONZALEZ ROGERS**

9       **UNITED STATES DISTRICT COURT JUDGE**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2