# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1126 Wilshire Boulevard, Los Angeles, California 90017-1904.

On February 17, 2012, I served the foregoing document described as **SECOND AMENDED COMPLAINT FOR DAMAGES,** on all interested parties in this action as set forth on the attached service list in the following manner:

☑ **ELECTRONICALLY VIA EMAIL:** I caused the above document to be sent to all parties appearing on the Court's ECF service list via email.

☑ **(FEDERAL)** I declare that I am employed in the office of the member of the bar of this court at whose direction the service was made.

Executed on February 17, 2012, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　 */s/ Celene Chan*
　　　　　　　　　　　　　　　　　　　　　Celene Chan