# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOCIALAPPS, LLC,**<br><br>   Plaintiff,<br><br>vs.<br><br>**ZYNGA, INC.,**<br><br>   Defendant. | Case No.: 4:11-CV-04910 YGR<br><br>**ORDER TO SHOW CAUSE RE: SANCTIONS AND STRIKING MOTION; SETTING STATUS CONFERENCE** |

TO DEFENDANT ZYNGA, INC. AND ITS COUNSEL OF RECORD:

YOU ARE ORDERED TO SHOW CAUSE WHY YOU SHOULD NOT BE SANCTIONED AND WHY THE MOTION FOR PROTECTIVE ORDER FILED BY DEFENDANT ZYNGA, INC. ON MARCH 27, 2012, SHOULD NOT BE STRICKEN, for failure to comply with this Court's Standing Order in Civil Cases, paragraph 8, which requires any party seeking to have a motion heard regarding a discovery dispute to first obtain leave of court.

Hearing on this Order to Show Cause shall be held on **Friday, April 6, 2012**, on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated.

Defendant must file a written response to this Order to Show Cause no later than April 3, 2012, and must appear, personally or by phone conference, at the hearing.

The Court further ORDERS that all parties appear for a status conference regarding the protective order in this matter at 9:01 a.m. on **Friday, April 6, 2012**. The parties may appear in person or by phone conference.

The parties represented at the last case management conference that they intended to submit a stipulated protective order no later than March 26, 2012. Apparently the parties have not reached agreement. Plaintiff SocialApps, LLC, has submitted a proposed form of protective order that is consistent with the court-approved model form ("Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets") used in the United States District Court for the Northern District of California. The Court is inclined to enter the order in that form. Defendant's efforts to limit the scope of the production are premature and unsupported.

IT IS SO ORDERED.

Dated: March 28, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**