UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIALAPPS LLC, | No. C 11-04910 DMR |
| Plaintiff(s), | **ORDER RE PENDING DISCOVERY DISPUTES** |
| v. | |
| ZYNGA INC ET AL, | |
| Defendant(s). | |

The court is in receipt of the parties' October 1, 2012 notice of litigation status. [Docket No. 76.] The court hereby stays the two pending joint discovery letters. [Docket Nos. 74, 75.] By no later than **October 19, 2012**, the parties shall submit a status report regarding the discovery letters.

IT IS SO ORDERED.

Dated: October 2, 2012

_____
DONNA M. RYU
United States Magistrate Judge