UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIALAPPS LLC, | No. C 11-04910 DMR |
| Plaintiff(s), | **ORDER RE JOINT DISCOVERY LETTERS** |
| v. | |
| ZYNGA INC ET AL, | |
| Defendant(s). | |

The court is in receipt of the parties' joint status report [Docket No. 79] regarding their September 25, 2012 discovery letters. [Docket Nos. 74, 75.] In light of the status report, the court hereby denies both letters without prejudice.

IT IS SO ORDERED.

Dated: October 22, 2012

_____
DONNA M. RYU
United States Magistrate Judge