GIRARDI | KEESE
THOMAS V. GIRARDI, SBN 36603
tgirardi@girardikeese.com
GRAHAM B. LIPPSMITH, SBN 221984
glippsmith@girardikeese.com
CELENE S. CHAN, SBN 260267
cchan@girardikeese.com
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone:  (213) 977-0211
Facsimile:   (213) 481-1554

MILORD & ASSOCIATES, P.C.
MILORD A. KESHISHIAN, SBN 197835
milord@milordlaw.com
2049 Century Park East, Suite 3850
Los Angeles, CA 90067
Telephone:  (310) 226-7878
Facsimile:   (310) 226-7879

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIALAPPS, LLC, d/b/a take(5)social and playSocial, a California company,<br><br>Plaintiff,<br><br>v.<br><br>ZYNGA, INC., a California corporation; ZYNGA GAME NETWORK, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:11-CV-04910 YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiff SocialApps, LLC ("Plaintiff") and Defendants Zynga, Inc. and Zynga Game Network, Inc. ("Defendants") (collectively "the Parties") hereby stipulate as follows:

For the dismissal of this entire action (all claims and counterclaims) with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), each party to bear its own fees and costs.

Dated: ~~October~~ November 6, 2012

                                                    GIRARDI | KEESE
                                                  MILORD & ASSOCIATES, P.C.

By:    /s/ Graham B. LippSmith
       Thomas V. Girardi
       Graham B. LippSmith
       Celene S. Chan

       Milord A. Keshishian
       Attorneys for Plaintiff

Dated: ~~October~~ November 6, 2012

       QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:    /s/ Claude M. Stern
       Claude M. Stern
       Rachel Herrick Kassabian
       Timothy A. Butler
       Attorneys for ZYNGA INC.

**ECF ATTESTATION**

I, Timothy A. Butler, am the ECF User whose ID and Password are being used to file this **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE.** In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Claude M. Stern and Graham B. LippSmith have concurred in this filing.

DATED: November 6, 2012　　　　QUINN EMANUEL URQUHART & SULLIVAN, LLP


By _/s/ Timothy A. Butler_
　　Timothy A. Butler